UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN R. VALCHUIS and ATTILIO VALCHUIS, )<br>　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>DELTA AIR LINES and GLOBEGROUND )<br>NORTH AMERICA LLC, 　　　　　　　　 )<br>　　　　　Defendants. 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO. |

## CONSENT TO REMOVAL

Defendant, Delta Air Lines, Inc, with full reservation of all rights and defenses, including but not limited to lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, and improper venue, through its duly authorized representative, hereby joins in the Notice of Removal filed herein on March 8, 2004, and further consents to removal of the above-captioned action to this Court as if defendant had executed the aforementioned Notice as a joint petitioner.

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　Delta Air Lines, Inc.

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　Its Authorized Agent
　　　　　　　　　　　　　　　　Peter Black, Esq., BBO# 044407
　　　　　　　　　　　　　　　　Meehan, Boyle, Black & Fitzgerald, P.C.
　　　　　　　　　　　　　　　　Two Center Plaza
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 523-8300

23588.1

CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 5th day of March, 2004, served a copy of the foregoing upon all parties by mailing same postage prepaid to:

Camille F. Saffouf, Esq.
Mark D. Lipton, Esquire
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110


Peter J. Black, Esq.
Meehan Boyle Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA 02108

_____
Helen E. Tsingos

23588.1