UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RECEIPT # 54417
AMOUNT $ 150
SUMMONS ISSUED____
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK.____
DATE 3-9-04

JOAN R. VALCHUIS and ATTILIO VALCHUIS, )
        Plaintiffs, )
)
v. )   CIVIL ACTION NO.
)
DELTA AIR LINES and GLOBEGROUND )
NORTH AMERICA LLC, )
        Defendants. )

04 CV 10472 RCL

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, GLOBEGROUND NORTH AMERICA LLC, PURSUANT TO RULE 7.1

The defendant, GlobeGround North America LLC, by and through its counsel, states that GlobeGround North America LLC is owned by Hudson General Corporation and LAGS (USA), Inc. LAGS(USA), Inc. is owned by GlobeGround Holding GmbH which is owned by Penauille PolyServices, S.A.

    Respectfully Submitted,
    GlobeGround North America LLC
    By its attorneys,

    Maynard M. Kirpalani, BBO# 273940
    Helen E. Tsingos, BBO# 629762
    Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
    155 Federal Street
    Boston, MA 02110
    (617) 422-5300

Dated:

23581.1

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 8th day of March, 2004, served a copy of the foregoing upon all parties by mailing same postage prepaid to:

Camille F. Saffouf, Esquire
Mark D. Lipton, Esquire
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110

Peter J. Black, Esq.
Meehan Boyle Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA 02108

Helen E. Tsingos

23581.1