# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York• Los Angeles •San Francisco •Washington, DC •Newark •Philadelphia •Baltimore •Miami •Chicago*
*White Plains, NY •Dallas •Albany, NY •San Diego •Houston •Garden City, NY •Boston •London*
*Affiliate Offices: Paris •Berlin •Cologne •Frankfurt •Munich*

www.wemed.com

**Helen E. Tsingos**
Writer's Ext.: 5407
TsingosH@wemed.com

March 24, 2004

**Via Hand Delivery**

Civil Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA  02210

   Re:   Joan R. Valchuis, et al. vs. GlobeGround North America LLC et al.
          United States District Court Civil Action No.: 04CV10472RCL
          Our File No.: 07218.00032

Dear Sir/Madam:

In connection with the above referenced matter, enclosed please find a copy of the complete state court's file which the Clerk of the Suffolk Superior Court has requested our office forward to you.

Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

Helen E. Tsingos

HET/lmw
Enclosure

cc:   Camille F. Saffouf, Esq.
       Peter J. Black, Esq.

24110.1