UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Filed
6-17-04
JMH

JOAN R. VALCHIUS and ATTILIO VALCHUIS, )
        Plaintiffs, )
    )
v. )
    )   CIVIL ACTION NO. 04CV10472RCL
DELTA AIR LINES and GLOBEGROUND )
NORTH AMERICA LLC, )
        Defendants. )
    )

**CERTIFICATION BY DEFENDANT, GLOBEGROUND
NORTH AMERICA LLC PURSUANT TO LOCAL RULE 16.1(D)(3)**

Defendant, GlobeGround North America LLC and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)   to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,                         Respectfully submitted,
GlobeGround North America LLC           GlobeGround North America LLC
                                                                 By its attorneys,

_____       _____ 6/17/04
Dino G. Noto, Esq., General Counsel        Maynard M. Kirpalani, BBO #273940
GlobeGround North America LLC           Helen E. Tsingos, BBO # 629762
111 Great Neck Road                            WILSON, ELSER, MOSKOWITZ,
P.O. Box 355                                          EDELMAN & DICKER, LLP
Great Neck, NY 11022-0355              155 Federal Street
(516) 487-8610                                   Boston, MA 02110
                                                          (617) 422-5300

Dated: June 16, 2004

26895.1

<u>CERTIFICATE OF SERVICE</u>

I, Helen E. Tsingos, hereby certify that I have this 17th day of June, 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Camille F. Sarrouf, Esq.
Mark D. Lipton, Esq.
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110

Peter Black, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA 02108

_____
Helen E. Tsingos

26895.1