UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Filed
6/17/04
/s/ LH

| | |
|---|---|
| JOAN R. VALCHIUS and ATTILIO VALCHUIS,<br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES and GLOBEGROUND<br>NORTH AMERICA LLC,<br>Defendants. | CIVIL ACTION NO. 04CV10472RCL |

**PARTIES' JOINT STATEMENT PURSUANT TO**
**FED.R.CIV.P. 26(f) AND LOCAL RULE 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1. Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P. 26(f) and Local Rule 16(b) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | July 15, 2004 |
| Written discovery requests | September 31, 2004 |
| Motions to amend or supplement pleadings | October 30, 2004 |
| Nonexpert disclosures by Plaintiff | November 29, 2004 |

20896.1

| **Pretrial Activity** | **Date** |
|---|---|
| Nonexpert disclosures by Defendant | December 30, 2004 |
| Final answers to expert interrogatories by plaintiff | January 15, 2005 |
| Final answers to expert interrogatories by defendant | February 14, 2005 |
| All discovery completed | March 15, 2005 |
| All dispositive motions filed | April 30, 2005 |

Dated: June  , 2004

Respectfully submitted,
JOAN R. VALCHIUS and
ATTILIO VALCHUIS
By their attorneys,

*Camille F. Sarrouf /het.*
Camille F. Sarrouf, BBO #442440
Mark D. Lipton, BBO #652968
SARROUF, TARRICONE & FLEMMING
95 Commercial Wharf
Boston, MA  02110
(617) 227-5800

Respectfully submitted,
DELTA AIR LINES
By its attorneys,

*Peter J. Black /het*
Peter J. Black, BBO # 044407
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA  02108-1922
(617) 523-8300

Respectfully submitted,
GLOBEGROUND NORTH AMERICA LLC
By its attorneys,

*Helen E. Tsingos /het*
Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

26896.1

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 17th day of June, 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Camille F. Sarrouf, Esq.
Mark D. Lipton, Esq.
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA  02110

Peter Black, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA  02108

_____
Helen E. Tsingos

26896.1