UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____       )
                                )
VALCHUIS, ET AL                 )
            Plaintiff,          )
                                )
v.                              )      Civil Action No. 04-10472-RCL
                                )
GLOBEGROUND NORTH AMERICA,      )
LLC, et al,                     )
            Defendant           )
_____       )
```

ORDER FOR SANCTIONS

Camille F. Sarrouf, Esq., Helen E. Tsingos, Esquire and Peter J. Black, Esquire, counsel for the respective parties, are hereby ordered and directed to each pay to the clerk of this court, on or before July 6, 2004, $150.00, by way of a sanction for failure to comply with the court's Scheduling Order entered on May 3, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/ REGINALD C. LINDSAY
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: June 21, 2004