UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTDS

FILED
IN CLERKS OFFICE
2004 JUN 21  A 9:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOAN R. VALCHUIS and ATTILIO
VALCHUIS,
    Plaintiffs,

C.A. NO. 04CV10472RCL

v

DELTA AIR LINES, INC. and
GLOBEGROUND NORTH AMERICA
LLC,
    Defendants.

### CERTIFICATION BY PLAINTIFFS, JOAN R. VALCHUIS AND ATTILIO VALCHUIS PURSUANT TO LOCAL RULE 16.1(D)(3)

The Plaintiffs, Joan R. Valchuis and Attilio Valchuis and their counsel, Camille F. Sarrouf, hereby certify to this Court that the Plaintiffs and their Counsel have conferred and:

    a.    have in accordance with Massachusetts Supreme Judicial Court Rule 3:07 Rules of Professional Conduct Rule 1.5 executed in duplicate a Contingent Fee Agreement, a copy of which has been given to the Plaintiffs on June 6, 2003.

    b.    the plaintiffs and their counsel have discussed the resolution of this litigation through the use of alternative dispute resolutions programs and stand ready to engage in such programs as outlined in Local Rule 16.4.

c.   Plaintiffs and their counsel report to the Court that they have settled the claim against the Defendant, Delta Airlines, which settlement has been distributed in accordance with their Contingent Fee Agreement.

Respectfully Submitted
The Plaintiffs,
By their attorney,

*(signature)*
CAMILLE F. SARROUF, ESQ.
BBO # 442440
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL. (617) 227-5800

By *(signature)*
Joan R. Valchuis

*(signature)*
Attilio Valchuis

Date: June 18, 2004

### CERTIFICATE OF SERVICE

I, Camille F. Sarrouf, hereby certify that on the 21st, June, 2004, I gave notice of the foregoing Certification Pursuant to Local Rule 16.1 by faxing and mailing an exact copy thereof, postage prepaid to all counsel of record.

*(signature)*
Camille F. Sarrouf

SARROUF, TARRICONE
& FLEMMING, P.C.
95 COMMERCIAL WHARF
BOSTON, MASS. 02110
(617) 227-5800

2