UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN R. VALCHIUS and ATTILIO VALCHUIS,<br>          Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES and GLOBEGROUND<br>NORTH AMERICA LLC,<br>          Defendants. | CIVIL ACTION NO. 04CV10472RCL |

## GLOBEGROUND NORTH AMERICA LLC's NON-EXPERT DISCLOSURE

GlobeGround North America LLC ("GlobeGround") hereby complies with the current scheduling order by submitting the following non-expert disclosure:

Expects to Call:

1. Joan Valchuis
   48 Quirk Street
   Watertown, MA  02472

2. Attilio Valchuis
   48 Quirk Street
   Watertown, MA  02472

3. Marie Valchuis
   48 Quirk Street
   Watertown, MA  02472

4. Joseph Sasso
   2 Lindbergh Road
   Wakefield, MA  01880
   781-213-9236

33100.1

<u>May Call if Need Arises:</u>

1.  Rubin Joachin
    6 Glendale Street
    Randolph, MA 02368
    781-986-8443

2.  Gabriel Manchon
    214 L Street
    South Boston, MA 02127
    617-268-4686

3.  Gilbert Esperance
    100 Livermore Street
    Mattapan, MA 02126

4.  Claver Lawson
    514 Adams Street
    Dorchester, MA 02122
    617-306-0998

GlobeGround has moved to sever and stay Delta's bad faith claims in this matter. In the event GlobeGround's motion is not allowed and Delta's claims against GlobeGround are tried with the plaintiff's claims, GlobeGroud may call at trial the following additional witnesses:

1.  Claire Pelletier
    Delta Air Lines, Inc.
    P.O. Box 20858
    Atlanta, Georgia 30320-2858

2.  Isaac Proser
    122 Altessa Boulevard
    Melville, NY 11741

3.  Ray Rieder
    111 Great Neck Road
    Great Neck, NY 11022-035

4.  Curtis Lee
    GlobeGround North America LLC
    111 Great Neck Road
    P.O. Box 355
    Great Neck, NY 11022

33100.1

GlobeGround also reserves the right to call, if necessary, any witnesses identified by the plaintiff or co-defendant.

As discovery in this matter is not complete, GlobeGround also reserves the right to timely supplement this disclosure as discovery in this matter proceeds.

Respectfully submitted,

GLOBEGROUND NORTH AMERICA LLC
By its attorneys,

_____ 12/30/04
Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

3

33100.1

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 30th the day of December, 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Camille F. Sarrouf, Esq.
Mark D. Lipton, Esq.
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA  02110

Peter Black, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA  02108

_Helen E. Tsingos_
Helen E. Tsingos

4

33100.1