UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.
04CV10472RCL

JOAN R. VALCHUIS and ATTILIO VALCHUIS, )
        Plaintiffs, )
 )
v. )
 )
DELTA AIR LINES and GLOBEGROUND )
NORTH AMERICA LLC, )
        Defendants. )
 )

### DEFENDANT GLOBEGROUND NORTH AMERICAN LLC'S CERTIFICATION PURSUANT TO L.R. 7.1 IN SUPPORT OF MOTION OF GLOBEGROUND NORTH AMERICA LLC'S MOTION TO SEVER AND STAY DELTA AIR LINES' BAD FAITH CLAIM

I, Helen E. Tsingos, upon oath do depose and state as follows:

1. I represent the defendant GlobeGround North America LLC in this action.

2. On October 5, 2004 I forwarded a copy of the *Motion of GlobeGround North America LLC's Motion to Sever and Stay Delta Air Lines' Bad Faith Claim* to both Delta's counsel, Attorney Peter Black, and the Plaintiffs' counsel, Attorney Camille Sarrouf, with correspondence requesting whether they would assent to the proposed Motion. A copy of said letter is attached as Exhibit A and is incorporated herein by reference.

3. Thereafter, on or about November 4, 2004, I spoke with Attorney Black's colleague, Attorney Peter Ainsworth, regarding regarding the requested assent to the proposed Motion. Attorney Ainsworth indicated he would follow up with Attorney Black on the issue.

4. On December 17, 2004, I spoke with Peter Black and regarding the requested assent to the *Motion of GlobeGround North America LLC's Motion to Sever and Stay Delta Air Lines' Bad Faith Claim*. Attorney Black advised Delta had not yet taken a position on the issue.

33707.1

5. On February 2, 2005, I spoke with Peter Black and as of that date, Delta had not yet taken a position on the issue.

6. In addition to the aforesaid communications with Delta's counsel, following my service of the proposed *Assented to Motion of GlobeGround North America LLC's Motion to Sever and Stay Delta Air Lines' Bad Faith Claim* on Plaintiffs' counsel on October 5, 2004, I spoke with plaintiffs' counsel Camille Sarrouf regarding the requested assent. Attorney Sarrouf advised me the Plaintiffs' had no position on the Motion. Attorney Sarrouf further advised me that he was opinion that the Plaintiffs had no standing to take a position on the Motion as it was a Motion which related to Delta's claims against GlobeGround North America LLC.

7. I therefore hereby certify to this Court that I have conferred with the counsel in this matter with regard to *Motion of GlobeGround North America LLC's Motion to Sever and Stay Delta Air Lines' Bad Faith Claim* and have attempted in good faith to resolve or narrow the issue.

                                      Respectfully Submitted,
                                      GlobeGround North America LLC
                                      By its attorneys,

                                      */s/ signature*
                                      Maynard M. Kirpalani, BBO# 273940
                                      Helen E. Tsingos, BBO# 629762
                                      Wilson, Elser, Moskowitz, Edelman &
                                      Dicker LLP
                                      155 Federal Street
                                      Boston, MA 02110
                                      (617) 422-5300

Dated: 2/10/05

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I served a copy of the foregoing was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 10th day of February, 2005, to:

Camille F. Sarrouf, Esquire
Mark D. Lipton, Esquire
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA  02110


Peter J. Black, Esq.
Meehan Boyle Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA  02108

_____
Helen E. Tsingos

33707.1

3