UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN R. VALCHIUS and ATTILIO VALCHUIS, )<br>        Plaintiffs,     )<br>                           )<br>v.                               )<br>                           )<br>DELTA AIR LINES and GLOBEGROUND )<br>NORTH AMERICA LLC,       )<br>        Defendants.     )<br>_____) | CIVIL ACTION NO. 04CV10472RCL |

**PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above-captioned matter, by and through their attorneys, hereby request that this Court issue an Order amending the Scheduling Order by extending the currently existing deadlines as follows:

(1) Extending the deadline for service of the plaintiff's final answers to expert interrogatories, and service of plaintiff's expert disclosures in accordance with Rule 26, to June 8, 2005;

(2) Extending the deadline for service of the defendants' answers to expert interrogatories, and service of defendants' expert disclosure in accordance with Rule 26, to August 26, 2005;

(3) Allowing until August 9, 2005 for any expert rebuttal reports to be served.

(4) Extending the deadline for all discovery to be completed to September 30, 2005;

(5) Extending the deadline for all dispositive motions to be filed to September 30, 2005;

38874.1

(6)  Allowing for the deposition of any properly designated experts to be conducted at a mutually agreeable time prior to trial.

In support of this Motion, the parties state as follows:

(a)  The plaintiff, Joan Valchuis, had surgery this year which has resulted in the need for additional time for the plaintiff to compile medical records and prepare and serve complete responses to the defendant, GlobeGround North America LLC's discovery requests;

(b)  The parties in this matter have agreed to a **voluntary mediation** which is presently scheduled for **July 12, 2005**.

(c)  In light of the upcoming mediation, the parties' have agreed not to proceed with some aspects of discovery in this matter pending the outcome of the upcoming mediation and accordingly, the requested scheduling order change is necessary to accommodate the parties' attempt to resolve this matter short of trial.

(d)  This is the parties first request for an amendment of the scheduling order; and

(e)  All parties are in agreement with the proposed schedule.

WHEREFORE, the parties respectfully request the scheduling order be amended in accordance with the schedule set forth above.

Dated: 21st, 2005

38874.1

| | |
|---|---|
| Respectfully submitted,<br>JOAN R. VALCHIUS and<br>ATTILIO VALCHUIS<br>By their attorneys,<br><br>*/s/ Anthony Tarricone (ect)*<br>Anthony Tarricone, BBO #492480<br>SARROUF, TARRICONE & FLEMMING<br>95 Commercial Wharf<br>Boston, MA 02110<br>(617) 227-5800 | Respectfully submitted,<br>DELTA AIR LINES<br>By its attorneys,<br><br>*/s/ Peter Black (bet)*<br>Peter J. Black, BBO # 044407<br>MEEHAN, BOYLE, BLACK &<br>FITZGERALD, P.C.<br>Two Center Plaza, Suite 600<br>(617) 523-8300 |

Respectfully submitted,
GLOBEGROUND NORTH AMERICA LLC
By its attorneys,

*/s/ Helen E. Tsingos*
Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that I have this 21th day of June, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Camille F. Sarrouf, Esq.
Anthony Tarricone, Esq.
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110

Peter Black, Esq.
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza
Boston, MA 02108

*/s/ Helen E. Tsingos*
Helen E. Tsingos

38874.1