UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN R. VALCHIUS and ATTILIO VALCHUIS,<br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES and GLOBEGROUND<br>NORTH AMERICA LLC,<br>Defendants. | CIVIL ACTION NO. 04CV10472RCL |

### STIPULATION OF DISMISSAL with PREJUDICE

The plaintiffs, Joan R. Valchuis and Attilio Valchuis, and the defendant GlobeGround North America LLC hereby stipulate and agree that this matter be dismissed with prejudice, without costs, each party to bear his or their own attorneys' fees, and each side waiving their right of appeal.

Dated:

Respectfully submitted,
JOAN R. VALCHIUS and
ATTILIO VALCHUIS
By their attorneys,

*/s/ Camille Sarrouf*
Camille F. Sarrouf, BBO #442440
Mark D. Lipton, BBO #652968
SARROUF, TARRICONE & FLEMMING
95 Commercial Wharf
Boston, MA 02110
(617) 227-5800

Respectfully submitted,
DELTA AIR LINES
By its attorneys,

*/s/ Peter J. Black*
Peter J. Black, BBO # 044407
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza, Suite 600
Boston, MA 02108-1922
(617) 523-8300

40803.1

Respectfully submitted,
GLOBEGROUND NORTH AMERICA LLC
By its attorneys,

*[signature]*

Maynard M. Kirpalani, BBO# 273940
Helen E. Tsingos, BBO# 629762
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Helen E. Tsingos, hereby certify that on this 26th day of January, 2006, I served the foregoing document by first class mail, postage prepaid to:

Camille F. Sarrouf, Esq.
SARROUF, TARRICONE &
FLEMMING
95 Commercial Wharf
Boston, MA 02110

Peter J. Black, Esq.
MEEHAN, BOYLE, BLACK &
FITZGERALD, P.C.
Two Center Plaza
Suite 600
Boston, MA 02108-1922

_/s/ Helen E. Tsingos_
Helen E. Tsingos

3

40803.1